**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| MICHAEL D. BOWDEN, ADC #088956 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:13CV00179-SWW-JJV |
| JIMMY BANKS; *et al.* | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the relevant record, see 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 36) is GRANTED.

2. Plaintiff's allegations against Defendants Banks, Bolden, and Page are DISMISSED without prejudice, for failure to exhaust his administrative remedies.

3. Plaintiff's allegations against Defendants Williams and Hudson are DISMISSED with prejudice.

SO ORDERED this 14th day of November 2014.

    /s/Susan Webber Wright
    UNITED STATES DISTRICT JUDGE