# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL D. BOWDEN, ADC #088956     *
                                               *
           Plaintiff,               *
v.                                       *
                                               *    No. 5:13CV00179-SWW-JJV
JIMMY BANKS; *et al.*               *
                                               *
          Defendants.            *

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice as to Defendants Williams and Hudson, without prejudice as to Defendants Banks, Bolden and Page.

      SO ORDERED this 14th day of November 2014.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE